UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:24-cv-01745-MSS-AEP

NORMAN FU, individually, and on behalf of all
others similarly situated,

      Plaintiff,

v.

WILLIAMS-SONOMA, INC.

      Defendant.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Williams-Sonoma, Inc. ("Defendant") hereby moves the Court for an extension of time to respond to Plaintiff Norman Fu's Complaint ("Complaint"), and states as follows:

1. This putative class action was removed by Defendant to this Court on July 23, 2024. Thus, pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant's response to the Complaint is due by July 30, 2024.

2. Defendant's counsel requests additional time to more fully investigate the scope of the class action claim. In addition, the parties have engaged in initial settlement communications, and hope to be able to resolve the action without expenditure of further resources by the parties or the Court.

3. Therefore, Defendant requests a two week extension of time, through August 13, 2024.

**Local Rule 3.01(g) Certification**:  Undersigned counsel for Defendant hereby certifies that he has conferred with counsel for Plaintiff, and the Plaintiff does not oppose the requested extension through August 13, 2024.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion, extend the deadline for Defendant to respond to the Complaint to August 13, 2024, and grant any other appropriate relief.

Dated:  July 29, 2024                              Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Philip E. Rothschild*
Philip E. Rothschild (Fla. Bar No. 88536)
Email:  Phil.rothschild@hklaw.com
515 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel:  954-525-1000
Fax: 954-463-2030

Benjamin J. Robinson (Fla. Bar No. 60426)
Ben.Robinson@hklaw.com
200 South Orange Avenue, Suite 2600
Orlando, FL 32801
Tel: 407-244-5256
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Philip E. Rothschild, hereby certify that a true copy of this document was filed through the ECF system on July 29, 2024 and will be sent electronically to counsel listed below.

*/s/ Philip E. Rothschild*

## SERVICE LIST

Michael Eisenband, Esq.
Eisenband Law, P.A.
515 East Las Olas Boulevard, Suite 120
Ft. Lauderdale, FL 33301
Email: MEisenband@Eisenbandlaw.com

Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com

*Attorneys for Plaintiff*