UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:24-cv-01745-MSS-AEP

NORMAN FU, individually, and on behalf of all
others similarly situated,

      Plaintiff,

v.

WILLIAMS-SONOMA, INC.

      Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff Norman Fu and Defendant Williams-Sonoma, Inc. (collecitvely, the "Parties") hereby notify the Court that the Parties have reached a settlement agreement. The Parties are in the process of complying with the terms of the settlement before a dismissal of this action can be filed, and expect such dismissal to be filed within 30 days.

Dated: August 27, 2024

Respectfully submitted,

*/s/ Michael Eisenband*
Michael Eisenband (Fla. Bar No. 94235)
Eisenband Law, P.A.
515 East Las Olas Boulevard, Suite 120
Ft. Lauderdale, FL 33301
Email: MEisenband@Eisenbandlaw.com
Tel: 954-732-2792

Manuel S. Hiraldo (Fla. Bar No. 30380)
HIRALDO P.A.
401 E. Las Olas Boulevard

Suite 1400
Ft. Lauderdale, Florida 33301
Email:  mhiraldo@hiraldolaw.com
Tel : 954-400-4713
*Attorneys for Plaintiff*

and

HOLLAND & KNIGHT LLP
Philip E. Rothschild (Fla. Bar No. 88536)
Email:  Phil.rothschild@hklaw.com
515 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel:  954-525-1000

Benjamin J. Robinson (Fla. Bar No. 60426)
Ben.Robinson@hklaw.com
200 South Orange Avenue, Suite 2600
Orlando, FL 32801
Tel: 407-244-5256
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I,           , hereby certify that a true copy of this document was filed through the ECF system on August 27, 2024 and will be sent electronically to counsel listed below.

/s/Michael Eisenband

## SERVICE LIST

Counsel of record